UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:04CR251-1 |
| ) | |
| DOUGLAS SCOTT PRUITT, JR. ) | |

## ORDER FOR CONTINUANCE

Upon request of the Supervising United States Probation Officer to continue the sentencing in this matter which is scheduled for December 14, 2004, and for good cause shown,

**IT IS HEREBY ORDERED** that the sentencing as to this defendant is continued to **March 2, 2005, at 9:30 a.m.** in Winston-Salem, N.C., Courtroom No. 1.

This the 7th day of December, 2004.

James A. Beaty, Jr.
United States District Judge