\|\rho

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF NORTH CAROLINA
PROBATION OFFICE

**GEORGE JOHNSON**
*Chief U. S. Probation Officer*



*Reply to:*
P.O. Box 3327
Greensboro, NC 27402
Phone: (336) 333-5341, ext 3622
Fax: (336) 333-5335

December 30, 2004

Gregory Davis
Assistant Federal Public Defender
251 North Main St., Suite 849
Winston-Salem, NC 27101

RE: Pruitt, Douglas Scott, Jr.
Docket No: 1:04CR251-1
<u>MD/NC Defendant</u>

Dear Mr. Davis:

Enclosed are two copies of a presentence report completed on the above-named individual. One copy is for you, and one is for the defendant. To comply with Standing Order No. 20, you are requested to read this report along with the defendant and to return the Presentence Report Review Form by <u>January 10, 2005</u> thereby notifying the probation officer of agreement or disagreement with the factual information contained therein. By copy of this letter, the defendant is notified of the availability of this report.

**Please note that the probation officer's sentencing recommendation is attached to the report.**

**You are cautioned that the Court prohibits the copying of this report or the disclosure of any part of this report to any individual other than the defendant, the defense attorney, and the attorney for the government. The security of the report is the responsibility of each party to whom the report is provided. Violation of the disclosure provisions may result in disciplinary or contempt proceedings.**

Very truly yours,

*Mary E. Wilkins by ERC*

Mary Elizabeth Wilkins
U.S. Probation Officer
(336) 333-5341, ext 3622

MEW/mh
Enclosures
cc:  Defendant
     Lisa B. Boggs, AUSA
     Clerk of Court (2)
     Greensboro Office

PSI Disclosed: <u>December 30, 2004</u>  ( ) Hand Delivered;  ( ) Orally;  ( X ) Mailed;  ( X ) Faxed
By: <u>mh</u>       Date pleadings due: <u>January 20, 2005</u>